**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
ADALBERTO JACOBO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>ADALBERTO JACOBO,<br><br>Defendant | Case No.: 1:17-CR-00164 JLT-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING RE VIOLATION OF SUPERISED RELEASE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON, AND LUKE BATY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ADALBERTO JACOBO, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the Sentencing re Violation of Supervised Release currently set for November 2, 2026, at 9:00 a.m. (See ECF Doc. 195) be continued to November 9, 2026, at 9:00 a.m.

Defense counsel was engaged in a preliminary hearing on October 12, 2026. During the proceedings, the Court ordered defense counsel to return on November 2, 2026, to complete the preliminary hearing. Due to this ongoing preliminary hearing, defense counsel is requesting that the sentencing hearing in this matter be continued. Defense counsel has spoken to AUSA Luke Batey and he has no objection to this request for a continuance.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) and (IV)

because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: October 27, 2026

***/s/ Alekxia Torres Stallings***
ALEKXIA TORRES STALLINGS
Attorney for Defendant
ADALBERTO JACOBO

DATED: October 27, 2026

***/s/ Luke Baty***
LUKE BATY
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the sentencing re violation of supervised release hearing currently set for Monday, November 2, 2026, at 9:00 a.m., be continued to Monday, November 9, 2026, at 9:00 a.m. before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: October 27, 2026

UNITED STATES DISTRICT JUDGE